UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 06984
    LEATRICE HOWARD

                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-0273

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/18/2007 and was confirmed 06/25/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was dismissed after confirmation 08/18/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NATIONAL ASSO | SECURED | .00 | .00 | .00 |
| CODILIS & ASSOCIATES ^ | NOTICE ONLY | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AR RESOURCES INC | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 137.25 | .00 | 32.45 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3746.06 | .00 | 1102.63 |
| EXELON BUSINESS SERV | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DEBT RECOVERY SOLUTION | UNSECURED | NOT FILED | .00 | .00 |
| CHAET & KAPLAN | UNSECURED | NOT FILED | .00 | .00 |
| CHAET & KAPLAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| SENEX SERVICES CORP | UNSECURED | NOT FILED | .00 | .00 |
| LEGAL ASSISTANCE OF CHIC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 81.92 |
| DEBTOR REFUND | REFUND | | | 8.00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,225.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 1,135.08 |
| ADMINISTRATIVE | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 06984 LEATRICE HOWARD

```
TRUSTEE COMPENSATION                                       81.92
DEBTOR REFUND                                              8.00
                        ----------------    ----------------
TOTALS                       1,225.00            1,225.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 11/19/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE